**BOLLARÉ S.A.; North Atlantic Trading Company; North Atlantic Operating Company, Plaintiffs–Appellees,**

v.

**IMPORT WAREHOUSE INC; et al., Defendants,**

**Import Warehouse, Inc.; Ravi Bhatia, Defendants–Appellants.**

**No. 04–10934.**

United States Court of Appeals, Fifth Circuit.

June 5, 2007.

Marcella Ballard, Brendan J. O'Rourke, Christopher Anthony Raimondi, Jerry L. Dasti, Proskauer Rose, New York, NY, Lisa H. Meyerhoff, Baker & McKenzie, Houston, TX, Christian E. Hildebrandt, Vandeveer Garzia, Trey, MI, for Plaintiffs–Appellees.

---

**350**

Dennis L. Roossien, Jr., Ladawn H. Conway, Munsch, Hardt, Kopf & Harr, Dallas, TX, for Defendants–Appellants.

Before JONES, Chief Judge, and BENAVIDES and STEWART, Circuit Judges.

PER CURIAM: *

The court has considered Appellants' position in light of oral argument, the briefs, and pertinent portions of the record. Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

**AFFIRMED.**

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.